ARLENE GORDOD-OLIVER & ASSOCIATES, PLLC
Attorneys for the Debtor
199 Main Street
White Plains, New York 10601
(914) 683-9750

Arlene Gordon-Oliver, Esq. (5076)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                                              Chapter 11
                                                                         Case No. (17-11395)
Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc.

                        Debtor.

Tax ID No. 11-2530146
------------------------------------------------------X

**VERIFICATION OF OPERATING STATEMENT FOR THE PERIOD**
**May 23, 2017 THROUGH June 30, 2017**

| | |
|---|---|
| DEBTOR'S ADDRESS: | Bronx Miracle Gospel Tabernacle World of Faith Ministries, Inc.<br>2910 Barnes Road<br>Bronx, NY 10467 |
| DEBTOR'S ATTORNEY: | ARLENE GORDON-OLIVER & ASSOCIATES, PLLC<br>199 Main Street<br>White Plains, New York 10601<br>(914) 381-7400 |

DISBURSEMENTS: $30,524.00

*NET OPERATING Income $4,989.00
*does not include bankruptcy professional fees of $9,118.00

The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: September 16, 2017              /s/ Keith Elijah Thompson
                                                           Dr. Keith Elijah Thompson

Indicate if this is an amended statement by checking here.

                                        AMENDED STATEMENT _____

## Balance Sheet
### June 30, 2017

### Assets

**Current assets:**

| | | |
|---|---|---:|
| Cash | $ | 4,689 |
| | | 4,689 |

**Long Term Assets:**

| | | |
|---|---|---:|
| Building | | 480,000 |
| Furniture & Fixtures | | 74,775 |
| Automobile | | 2,500 |
| | $ | 557,275 |

**Other Assets:**

| | | |
|---|---|---:|
| Land | | 120,000 |
| Total Assets | $ | 681,964 |

### Liabilities and Shareholder's Equity

**Liabilities Subject to Compromise:**

| | |
|---|---:|
| Unsecured Priority Claims - Pre-petition | 14,440 |
| Unsecured Non-Priority Claims - Pre-petition | 229,057 |
| Secured Claims - Pre-petition | 1,436,864 |
| Total Liabilities | 1,680,361 |

**Liabilities Not Subject to Compromise:**

| | |
|---|---:|
| Accounts Payable - Post Petition | 9,118 |

**Shareholder's Equity**

| | | |
|---|---:|---:|
| Capital Stock | $ | - |
| Retained Earnings (Deficit) | | (1,007,515) |
| Total Shareholder's Equity | | (1,007,515) |
| Total Liabilities & Shareholder's Equity | $ | 681,964 |

These numbers have not been audited or reviewed and are subject to change

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Unsecured Priority Claims (Pre-Petition)
## As of June 30, 2017

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| NYC Department of Building | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| NYC Department of Finance | 0.00 | 0.00 | 0.00 | 0.00 | 12,939.61 | 12,939.61 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 14,439.61 | 14,439.61 |

**These numbers have not been audited or reviewed and are subject to change**

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Unsecured Non-Priority Claims (Pre-Petition)
## As of June 30, 2017

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Clair & Gjortson | 0.00 | 0 00 | 0 00 | 0.00 | 6,000.00 | 6,000.00 |
| Con Edison | 0.00 | 0 00 | 0.00 | 0.00 | 1,839.00 | 1,839 00 |
| Erold D. Williams | 0.00 | 0.00 | 0 00 | 0 00 | 50,000.00 | 50,000.00 |
| Franklyn Robinson | 0.00 | 0.00 | 0 00 | 0 00 | 7,500.00 | 7,500.00 |
| William Wright | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| Carolyn Skinner | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Cynthia Williams | 0 00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000 00 |
| Harim Young | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000 00 |
| Jeanette Brown | 0.00 | 0.00 | 0 00 | 0.00 | 27,000.00 | 27,000.00 |
| Maxine Rose Hall | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Princess Dubkled | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| Optimum | 0.00 | 0.00 | 0.00 | 0.00 | 955.59 | 955.59 |
| Pastor Keith Elijah Thompson | 0.00 | 0.00 | 0 00 | 0.00 | 30,000.00 | 30,000.00 |
| T-Mobile | 0.00 | 0.00 | 0.00 | 0.00 | 762.06 | 762.06 |
| **TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 229,056.65 | 229,056.65 |

**These numbers have not been audited or reviewed and are subject to change**

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Secured Claims (Pre-Petition)
## As of June 30, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Newell Funding LLC | 1,436,864.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,436,864.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 1,436,864.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,436,864.00 |

**These numbers have not been audited or reviewed and are subject to change**

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Accounts Payable - Post Petition
## As of June 30, 2017

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Arlene Gordon Oliver & Associates, PLLC | 9,118.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,118.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 9,118.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,118.00 |

**These numbers have not been audited or reviewed and are subject to change**

## Bronx Miracle Gospel Tabernacle Word of Faith ministries Inc
### Statement of Loss
### For the Period May 23, 2017 THROUGH June 30, 2017

| | | |
|---|---:|---:|
| **Tithes/Offerings** | $ | 26,395 |
| Other Income | | - |
| **Total Income** | | 26,395 |
| | | |
| Operating expenses (see schedule) | | 30,524 |
| | | |
| **Net Loss** | $ | (4,129) |

**These numbers have not been audited or reviewed and are subject to change**

# Bronx Miracle Gospel Tabernacle Word of Faith ministries Inc
## Schedule of Operating Expenses
### For the Period May 23, 2017 THROUGH June 30, 2017

**Operating expenses:**

| | |
|---|---:|
| Bank charges | $ 15 |
| Cable/Internet | 557 |
| Church Event | 14,948 |
| Consulting | 200 |
| Housing expense | 2,200 |
| Professional fees | - |
|    Legal | 9,118 |
|    Accounting | - |
|    US Trustees fees | - |
| Musician expense | 750 |
| Office supplies | 121 |
| Printing | 265 |
| Services/Stipens | 2,350 |
| | 30,524 |
| **\* Bankruptcy related** | |
|    Legal fees accrued | 9,118 |
|    Postage/photo copies | - |
|    Accounting/consulting fees | - |
|    U.S Trustees fees | - |
| **Total** | **9,118** |

These numbers have not been audited or reviewed and are subject to change

**Bronx Miracle Gospel Tabernacle Word of Faith ministries Inc**
**Summary of Debtor in Possession Operating Accounts**
**Cash Receipts and Disbursements**
For the Period May 23, 2017 THROUGH June 30, 2017

**Headless Horseman Entities, Inc**

Bank Name: TD Bank
Account Name: Checking
Account Number: 4342874107

| | |
|---|---:|
| **Receipts for the period of 5/23/17-6/30/17** | |
| Beginning Balance, May 23, 2017 | $ - |
| Deposits from church services | 26,395 |
| Miscellaneous payments | - |
| **Total Cash Receipts** | 26,395 |
| **Total Cash Receipts available** | $ 26,395 |
| **Disbursements for the Period:** | |
| Payments for General & Administration | 20,606 |
| **Total cash disbursements** | $ 20,606 |
| Balance per bank, June 30, 2017 | $ 5,789 |

These numbers have not been audited or reviewed and are subject to change

17-11395-smb    Doc 22    Filed 10/04/17    Entered 10/04/17 14:52:58    Main Document
Pg 10 of 13

11:35 AM
09/01/17

# Bronx Miracle Gospel Tabernacle Inc
## Reconciliation Detail
### Cash - TD Bank (D.I.P), Period Ending 06/30/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 15 items** | | | | | | |
| Check | 6/30/2017 | 100 | Villa Barone | X | -14,948.00 | -14,948.00 |
| Check | 6/30/2017 | 1012 | Keith Elijah Thomps... | X | -2,200.00 | -17,148.00 |
| Check | 6/30/2017 | Debit | Optimum | X | -556.69 | -17,704.69 |
| Check | 6/30/2017 | 1003 | Keith Elijah Thomps... | X | -400.00 | -18,104.69 |
| Check | 6/30/2017 | 1011 | Keith Elijah Thomps... | X | -400.00 | -18,504.69 |
| Check | 6/30/2017 | 1007 | Keith Elijah Thomps... | X | -400.00 | -18,904.69 |
| Check | 6/30/2017 | 1001 | Keith Elijah Thomps... | X | -350.00 | -19,254.69 |
| Check | 6/30/2017 | | | X | -300.00 | -19,554.69 |
| Check | 6/30/2017 | 1006 | Jeanette Brown | X | -200.00 | -19,754.69 |
| Check | 6/30/2017 | 1002 | Jeanette Brown | X | -200.00 | -19,954.69 |
| Check | 6/30/2017 | 1010 | Jeanette Brown | X | -200.00 | -20,154.69 |
| Check | 6/30/2017 | 1008 | Bernard Richardson | X | -200.00 | -20,354.69 |
| Check | 6/30/2017 | debit | Harland Clarke | X | -120.95 | -20,475.64 |
| Check | 6/30/2017 | 1005 | Bernard Richardson | X | -115.00 | -20,590.64 |
| Check | 6/30/2017 | | | X | -15.00 | -20,605.64 |
| **Total Checks and Payments** | | | | | -20,605.64 | -20,605.64 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 6/30/2017 | | | X | 26,395.39 | 26,395.39 |
| **Total Deposits and Credits** | | | | | 26,395.39 | 26,395.39 |
| **Total Cleared Transactions** | | | | | 5,789.75 | 5,789.75 |
| **Cleared Balance** | | | | | 5,789.75 ✓ | 5,789.75 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 6/30/2017 | 99 | Mr. Herb Lewis | | -400.00 | -400.00 |
| Check | 6/30/2017 | 98 | Courtney Edwards | | -350.00 | -750.00 |
| Check | 6/30/2017 | 1004 | Jeanette Brown | | -200.00 | -950.00 |
| Check | 6/30/2017 | 1013 | BD Graphics | | -150.00 | -1,100.00 |
| **Total Checks and Payments** | | | | | -1,100.00 | -1,100.00 |
| **Total Uncleared Transactions** | | | | | -1,100.00 | -1,100.00 |
| **Register Balance as of 06/30/2017** | | | | | 4,689.75 | 4,689.75 |
| **Ending Balance** | | | | | 4,689.75 | 4,689.75 |



# Bank
America's Most Convenient Bank®    STATEMENT OF ACCOUNT

4331-MTD01040070517112102

BRONX MIRACLE GOSPEL TABERNACLE INC
DEBTOR IN POSSESSION
DIP 17-11395-SMB
2910 BARNES AVE
BRONX NY  10467

Page:                     1 of 3
Statement Period:    Jun 05 2017-Jun 30 2017
Cust Ref #:              -T-###
Primary Account #:    4107

## Chapter 11 Checking

BRONX MIRACLE GOSPEL TABERNACLE INC
DEBTOR IN POSSESSION
DIP 17-11395-SMB

Account:    4107

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 8,988.03 |
| Deposits | 26,395.39 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 19,613.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 677.64 | Days in Period | 26 |
| Other Withdrawals | 315.00 | | |
| Ending Balance | 5,789.75 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | DEPOSIT | 3,625.00 |
| 06/06 | DEPOSIT | 1,153.00 |
| 06/13 | DEPOSIT | 2,082.00 |
| 06/13 | DEPOSIT | 1,730.00 |
| 06/13 | DEPOSIT | 1,615.00 |
| 06/19 | DEPOSIT | 8,025.00 |
| 06/19 | DEPOSIT | 4,050.00 |
| 06/19 | DEPOSIT | 1,149.00 |
| 06/26 | DEPOSIT | 2,816.39 |
| 06/26 | DEPOSIT | 150.00 |
| | Subtotal: | 26,395.39 |

**Checks Paid**    No. Checks: 11    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/23 | 100 | 14,948.00 | 06/23 | 1007 | 400.00 |
| 06/15 | 1001* | 350.00 | 06/28 | 1008 | 200.00 |
| 06/15 | 1002 | 200.00 | 06/30 | 1010* | 200.00 |
| 06/20 | 1003 | 400.00 | 06/30 | 1011 | 400.00 |
| 06/26 | 1005* | 115.00 | 06/30 | 1012 | 2,200.00 |
| 06/23 | 1006 | 200.00 | | | |
| | | | | Subtotal: | 19,613.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BRONX MIRACLE GOSPEL TABERNACLE INC
DEBTOR IN POSSESSION
DIP 17-11395-SMB

Page: 3 of 3
Statement Period: Jun 05 2017-Jun 30 2017
Cust Ref #: -039-T-###
Primary Account #: '4107

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/16 | ACH DEBIT, HARLAND CLARKE CHK ORDERS ****54430301200 | 120.95 |
| 06/29 | CCD DEBIT, OPTIMUM07837 TELE PMT04 ****754489802 | 556.69 |
|  | Subtotal: | 677.64 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | DEP RETURN CHARGEBACK | 300.00 |
| 06/21 | DEP RETURN FEE | 15.00 |
|  | Subtotal: | 315.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/05 | 0.00 | 06/20 | 22,358.05 |
| 06/05 | 3,625.00 | 06/21 | 22,043.05 |
| 06/08 | 4,778.00 | 06/23 | 6,495.05 |
| 06/13 | 10,205.00 | 06/26 | 9,346.44 |
| 06/15 | 9,655.00 | 06/28 | 9,146.44 |
| 06/16 | 9,534.05 | 06/29 | 8,589.75 |
| 06/19 | 22,758.05 | 06/30 | 5,789.75 |

| 0098 | | | 1001 | |
|---|---|---|---|---|
| DATE June 26, 2017 | | | DATE June 9, 2017 | |
| TO CASH | | | TO Keith Elijah Thompson | |
| FOR Courtney Edwards Musician Services Royal Gathering 6/16/17 | TOTAL | | FOR Stipend | TOTAL |
| | THIS CHECK | 350.00 | | THIS CHECK | 300 |
| | OTHER TRANS. +/- | | | OTHER TRANS. +/- | |
| TAX DEDUCTIBLE ☐ | BALANCE | | TAX DEDUCTIBLE ☐ | BALANCE |

| 0099 | | | 1002 | |
|---|---|---|---|---|
| DATE June 27, 2017 | | | DATE June 9, 2017 | |
| TO Mr. Herb Lewis | | | TO Jainette J. Brown | |
| FOR Band for Royal Gathering | TOTAL | | FOR Stipend | TOTAL |
| | THIS CHECK | 400.00 | | THIS CHECK | 200 |
| | OTHER TRANS. +/- | | | OTHER TRANS. +/- | |
| TAX DEDUCTIBLE ☐ | BALANCE | | TAX DEDUCTIBLE ☐ | BALANCE |

| 0100 | | | 1003 | |
|---|---|---|---|---|
| DATE June 2017 | | | DATE June 16, 2017 | |
| TO The Villa Barone Manor | | | TO Keith Eli Thom | |
| FOR Royal Gathering 2017 Caterer | TOTAL | | FOR | TOTAL |
| | THIS CHECK | 14, | | THIS CHECK | 400 |
| | OTHER TRANS. +/- | | | OTHER TRANS. +/- | |
| TAX DEDUCTIBLE ☐ | BALANCE | | TAX DEDUCTIBLE ☐ | BALANCE |

Acct... 4107