ARLENE GORDOD-OLIVER & ASSOCIATES, PLLC
Attorneys for the Debtor
199 Main Street
White Plains, New York 10601
(914) 683-9750

Arlene Gordon-Oliver, Esq. (5076)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                      Chapter 11
                                            Case No. (17-11395)
Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc.

                  Debtor.

Tax ID No. 11-2530146
-----------------------------------------------------------X

### VERIFICATION OF OPERATING STATEMENT FOR THE PERIOD
### July 1, 2017 THROUGH July 31, 2017

| | |
|---|---|
| DEBTOR'S ADDRESS: | Bronx Miracle Gospel Tabernacle World of Faith Ministries, Inc.<br>2910 Barnes Road<br>Bronx, NY 10467 |
| DEBTOR'S ATTORNEY: | ARLENE GORDON-OLIVER & ASSOCIATES, PLLC<br>199 Main Street<br>White Plains, New York 10601<br>(914) 381-7400 |

DISBURSEMENTS: $7,549.00

*NET OPERATING Income $2,847.00
*does not include bankruptcy professional fees of $8,873.00

The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: September 16, 2017     /s/ Keith Elijah Thompson
                              Dr. Keith Elijah Thompson

Indicate if this is an amended statement by checking here.

AMENDED STATEMENT_____

# Balance Sheet
## July 31, 2017

### Assets

**Current assets:**

| | |
|---|---:|
| Cash | $ 6,361 |
| ***Due from TD Bank | 850 |
| | 7,211 |

**Long Term Assets:**

| | |
|---|---:|
| Building | 480,000 |
| Furniture & Fixtures | 74,775 |
| Automobile | 2,500 |
| | $ 557,275 |

**Other Assets:**

| | |
|---|---:|
| Land | 120,000 |
| **Total Assets** | **$ 684,486** |

### Liabilities and Shareholder's Equity

**Liabilities Subject to Compromise:**

| | |
|---|---:|
| Unsecured Priority Claims - Pre-petition | 14,440 |
| Unsecured Non-Priority Claims - Pre-petition | 229,057 |
| Secured Claims - Pre-petition | 1,436,864 |
| **Total Liabilities** | **1,680,361** |

**Liabilities Not Subject to Compromise:**

| | |
|---|---:|
| Accounts Payable - Post Petition | 17,666 |

**Shareholder's Equity**

| | | |
|---|---:|---:|
| Capital Stock | $ - | |
| Retained Earnings (Deficit) | (1,013,541) | |
| **Total Shareholder's Equity** | | **(1,013,541)** |
| **Total Liabilities & Shareholder's Equity** | | **$ 684,486** |

** Check # 1033 was a fraudulent check. Bank caught error & closed DIP account on 8/15/17

These numbers have not been audited or reviewed and are subject to change

### Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
### Unsecured Priority Claims (Pre-Petition)
### As of July 31, 2017

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| NYC Department of Building | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| NYC Department of Finance | 0.00 | 0.00 | 0.00 | 0.00 | 12,939.61 | 12,939.61 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 14,439.61 | 14,439.61 |

**These numbers have not been audited or reviewed and are subject to change**

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Unsecured Non-Priority Claims (Pre-Petition)
## As of July 31, 2017

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Clair & Gjertson | 0.00 | 0.00 | 0.00 | 0.00 | 6,000.00 | 6,000.00 |
| Con Edison | 0.00 | 0.00 | 0.00 | 0.00 | 1,839.00 | 1,839.00 |
| Erold D. Williams | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 | 50,000.00 |
| Franklyn Robinson | 0.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 7,500.00 |
| William Wright | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| Carolyn Skinner | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Cynthia Williams | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| Herim Young | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Jeanette Brown | 0.00 | 0.00 | 0.00 | 0.00 | 27,000.00 | 27,000.00 |
| Maxine Rose Hall | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Princess Dubidad | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| Optimum | 0.00 | 0.00 | 0.00 | 0.00 | 955.69 | 955.69 |
| Pastor Keith Elijah Thompson | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | 30,000.00 |
| T-Mobile | 0.00 | 0.00 | 0.00 | 0.00 | 762.06 | 762.06 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 229,056.85 | 229,056.85 |

**These numbers have not been audited or reviewed and are subject to change**

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
### Secured Claims (Pre-Petition)
### As of July 31, 2017

|                   | Current      | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL        |
|-------------------|--------------|--------|---------|---------|------|--------------|
| Nowell Funding LLC | 1,436,864.00 | 0.00   | 0.00    | 0.00    | 0.00 | 1,436,864.00 |
|                   | 0.00         | 0.00   | 0.00    | 0.00    | 0.00 | 0.00         |
| TOTAL             | 1,436,864.00 | 0.00   | 0.00    | 0.00    | 0.00 | 1,436,864.00 |

**These numbers have not been audited or reviewed and are subject to change**

### Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
### Accounts Payable - Post Petition
### As of July 31, 2017

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Arlene Gordon Oliver & Associates, PLLC | 8,298.35 | 9,118.00 | 0.00 | 0.00 | 0.00 | 17,416.35 |
| U.S Trustees | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| **TOTAL** | 8,548.35 | 9,118.00 | 0.00 | 0.00 | 0.00 | 17,666.35 |

**These numbers have not been audited or reviewed and are subject to change**

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
### Statement of Loss
### For the Period July 1, 2017 THROUGH July 31, 2017

| | | |
|---|---:|---:|
| **Tithes/Offerings** | $ | 9,552 |
| Other Income | | - |
| **Total Income** | | 9,552 |
| | | |
| **Operating expenses (see schedule)** | | 15,578 |
| | | |
| **Net Loss** | $ | (6,026) |

**These numbers have not been audited or reviewed and are subject to change**

# Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Schedule of Operating Expenses
### For the Period July 1, 2017 THROUGH July 31, 2017

**Operating expenses:**

| | |
|---|---:|
| Bank charges | $ - |
| Cable/Internet | - |
| Church Event | - |
| Consulting | 200 |
| Insurance | 688 |
| Housing expense | 1,200 |
| Professional fees | - |
|    Legal | 8,298 |
|    Accounting | - |
|    US Trustees fees | 575 |
| Musician expense | - |
| Office supplies | 1,760 |
| Printing | - |
| Services/Stipens | 2,400 |
| Telephone | 457 |
| | **15,578** |
| **\* Bankruptcy related** | |
|    Legal fees accrued | 8,298 |
|    Postage/photo copies | - |
|    Accounting/consulting fees | - |
|    U.S Trustees fees | 575 |
| **Total** | **8,873** |

**These numbers have not been audited or reviewed and are subject to change**

**Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc**
**Summary of Debtor in Possession Operating Accounts**
**Cash Receipts and Disbursements**
**For the Period July 1, 2017 THROUGH July 31, 2017**

**Headless Horseman Entities, Inc**

Bank Name: TD Bank
Account Name: Checking
Account Number: 4342874107

**Receipts for the period of 7/1/17 - 7/31/17**

| | | |
|---|---|---|
| Beginning Balance, July 1, 2017 | $ | 5,789 |
| Deposits from church services | | 9,552 |
| Miscellaneous payments | | - |
| **Total Cash Receipts** | | 9,552 |
| **Total Cash Receipts available** | $ | 15,341 |
| **Disbursements for the Period:** | | |
| Payments for General & Administration | | 7,549 |
| **Total cash disbursements** | $ | 7,549 |
| Balance per bank, July 31, 2017 | $ | 7,792 |

These numbers have not been audited or reviewed and are subject to change

1:03 PM
09/01/17

# Bronx Miracle Gospel Tabernacle Inc
## Reconciliation Detail
Cash - TD Bank (D.I.P), Period Ending 07/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 5,789.75 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 23 items** | | | | | | |
| Check | 6/30/2017 | 99 | Mr. Herb Lewis | X | -400.00 | -400.00 |
| Check | 6/30/2017 | 98 | Courtney Edwards | X | -350.00 | -750.00 |
| Check | 6/30/2017 | 1004 | Jeanette Brown | X | -200.00 | -950.00 |
| Check | 6/30/2017 | 1013 | BD Graphics | X | -150.00 | -1,100.00 |
| Check | 7/31/2017 | 1022 | Jeanette Brown | X | -1,200.00 | -2,300.00 |
| Check | 7/31/2017 | 1029 | | X | -1,000.00 | -3,300.00 |
| Check | 7/31/2017 | 1014 | The Premis Compa... | X | -687.54 | -3,987.54 |
| Check | 7/31/2017 | 1027 | Keith Elijah Thomps... | X | -400.00 | -4,387.54 |
| General Journal | 7/31/2017 | 4RRR | Keith Elijah Thomps... | X | -400.00 | -4,787.54 |
| Check | 7/31/2017 | 1021 | Keith Elijah Thomps... | X | -400.00 | -5,187.54 |
| Check | 7/31/2017 | 1016 | Keith Elijah Thomps... | X | -400.00 | -5,587.54 |
| Check | 7/31/2017 | 1032 | Keith Elijah Thomps... | X | -400.00 | -5,987.54 |
| General Journal | 7/31/2017 | 1 | Staples | X | -380.21 | -6,367.75 |
| Check | 7/31/2017 | 1018 | Staples | X | -380.21 | -6,747.96 |
| Check | 7/31/2017 | 1024 | U.S Trustees | X | -325.00 | -7,072.96 |
| Check | 7/31/2017 | 1019 | Keith Elijah Thomps... | X | -239.96 | -7,312.92 |
| Check | 7/31/2017 | Debit | T-Mobile | X | -217.25 | -7,530.17 |
| Check | 7/31/2017 | 1015 | Jeanette Brown | X | -200.00 | -7,730.17 |
| Check | 7/31/2017 | 1030 | Jeanette Brown | X | -200.00 | -7,930.17 |
| Check | 7/31/2017 | 1028 | Jeanette Brown | X | -200.00 | -8,130.17 |
| Check | 7/31/2017 | 1020 | Jeanette Brown | X | -200.00 | -8,330.17 |
| General Journal | 7/31/2017 | 3RR | Jeanette Brown | X | -200.00 | -8,530.17 |
| General Journal | 7/31/2017 | 2R | | X | -1.00 | -8,531.17 |
| **Total Checks and Payments** | | | | | -8,531.17 | -8,531.17 |
| **Deposits and Credits - 9 items** | | | | | | |
| Check | 7/31/2017 | 1017 | Staples | X | 0.00 | 0.00 |
| Check | 7/31/2017 | 1026 | Keith Elijah Thomps... | X | 0.00 | 0.00 |
| Check | 7/31/2017 | 1025 | Jeanette Brown | X | 0.00 | 0.00 |
| Check | 7/31/2017 | 1023 | | X | 0.00 | 0.00 |
| General Journal | 7/31/2017 | 2RR | | X | 1.00 | 1.00 |
| General Journal | 7/31/2017 | 3RRR | Jeanette Brown | X | 200.00 | 201.00 |
| General Journal | 7/31/2017 | 4RRRR | Keith Elijah Thomps... | X | 400.00 | 601.00 |
| Deposit | 7/31/2017 | | | X | 9,552.34 | 10,153.34 |
| General Journal | 9/1/2017 | 1R | Staples | X | 380.21 | 10,533.55 |
| **Total Deposits and Credits** | | | | | 10,533.55 | 10,533.55 |
| **Total Cleared Transactions** | | | | | 2,002.38 | 2,002.38 |
| **Cleared Balance** | | | | | 2,002.38 | 7,792.13 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 7/31/2017 | 1033 | "Fraudulent check" | | -850.00 | -850.00 |
| Check | 7/31/2017 | 1031 | Bernard Richardson | | -200.00 | -1,050.00 |
| **Total Checks and Payments** | | | | | -1,050.00 | -1,050.00 |
| **Total Uncleared Transactions** | | | | | -1,050.00 | -1,050.00 |
| **Register Balance as of 07/31/2017** | | | | | 952.38 | 6,742.13 |
| **Ending Balance** | | | | | 952.38 | 6,742.13 |

Page 1



# Bank
America's Most Convenient Bank®

BRONX MIRACLE GOSPEL TABERNACLE INC
DIP CASE 17-11395 SDNY
2910 BARNES AVE
BRONX NY      10467



039 / Chapter 11 Checking       4107

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 8/1/2017 | | | $7,792.13 |
| Plus | 1 | Deposits and Other Credits | $650.00 |
| Less | 1 | Checks and Other Debits | $200.00 |
| Statement Balance As Of: 08/04/2017 | | | $8,242.13 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/01/2017 | 1031  CHECK | $200.00 | | $7,592.13 |
| 08/03/2017 | DEPOSIT | | $650.00 | $8,242.13 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1031 | 8/1/2017 | $200.00 | | | | | | |



**Bank**
America's Most Convenient Bank®

BRONX MIRACLE GOSPEL TABERNACLE INC
DIP CASE 17-11395 SDNY
2910 BARNES AVE
BRONX NY        10467

039 / Chapter 11 Checking        4107

| | | |
|---|---|---|
| Statement Beginning Balance | | $0.00 |
| Plus 19 | Deposits and Other Credits | $35,947.73 |
| Less 34 | Checks and Other Debits | $28,155.60 |
| Statement Balance As Of: 07/31/2017 | | $7,792.13 |

## Transactions By Date

| Date | | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 06/05/2017 | | DEPOSIT | | $3,625.00 | $3,625.00 |
| 06/06/2017 | | DEPOSIT | | $1,153.00 | $4,778.00 |
| 06/13/2017 | | DEPOSIT | | $2,082.00 | $6,860.00 |
| 06/13/2017 | | DEPOSIT | | $1,730.00 | $8,590.00 |
| 06/13/2017 | | DEPOSIT | | $1,615.00 | $10,205.00 |
| 06/15/2017 | 1001 | CHECK CASHED | $350.00 | | $9,855.00 |
| 06/15/2017 | 1002 | POD CHECK | $200.00 | | $9,655.00 |
| 06/16/2017 | | HARLAND CLARKE  CHK ORDERS | $120.95 | | $9,534.05 |
| 06/19/2017 | | DEPOSIT | | $8,025.00 | $17,559.05 |
| 06/19/2017 | | DEPOSIT | | $4,050.00 | $21,609.05 |
| 06/19/2017 | | DEPOSIT | | $1,149.00 | $22,758.05 |
| 06/20/2017 | 1003 | CHECK CASHED | $400.00 | | $22,358.05 |
| 06/21/2017 | | DEP RETURN CHARGEBACK | $300.00 | | $22,058.05 |
| 06/21/2017 | | DEP RETURN FEE | $15.00 | | $22,043.05 |
| 06/23/2017 | 100 | CHECK | $14,948.00 | | $7,095.05 |
| 06/23/2017 | 1007 | CHECK CASHED | $400.00 | | $6,695.05 |
| 06/23/2017 | 1006 | CHECK CASHED | $200.00 | | $6,495.05 |
| 06/26/2017 | | DEPOSIT | | $2,816.39 | $9,311.44 |

| Date | Check # | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 06/26/2017 | | DEPOSIT | | $150.00 | $9,461.44 |
| 06/26/2017 | 1005 | CHECK | $115.00 | | $9,346.44 |
| 06/28/2017 | 1008 | CHECK | $200.00 | | $9,146.44 |
| 06/29/2017 | | OPTIMUM07837 TELE PMT04 | $556.69 | | $8,589.75 |
| 06/30/2017 | 1012 | POD CHECK | $2,200.00 | | $6,389.75 |
| 06/30/2017 | 1011 | CHECK CASHED | $400.00 | | $5,989.75 |
| 06/30/2017 | 1010 | POD CHECK | $200.00 | | $5,789.75 |
| 07/03/2017 | | DEPOSIT | | $2,131.16 | $7,920.91 |
| 07/03/2017 | | DEPOSIT | | $53.00 | $7,973.91 |
| 07/03/2017 | 98 | CHECK | $350.00 | | $7,623.91 |
| 07/03/2017 | 1004 | POD CHECK | $200.00 | | $7,423.91 |
| 07/03/2017 | 1013 | CHECK | $150.00 | | $7,273.91 |
| 07/06/2017 | | DEPOSIT | | $100.00 | $7,373.91 |
| 07/07/2017 | 1016 | CHECK CASHED | $400.00 | | $6,973.91 |
| 07/07/2017 | | T-MOBILE TEL PCS SVC | $217.25 | | $6,756.66 |
| 07/07/2017 | 1015 | POD CHECK | $200.00 | | $6,556.66 |
| 07/10/2017 | | DEPOSIT | | $1,112.00 | $7,668.66 |
| 07/10/2017 | 99 | CHECK | $400.00 | | $7,268.66 |
| 07/11/2017 | 1018 | CHECK | $380.21 | | $6,888.45 |
| 07/12/2017 | | DEPOSIT | | $650.00 | $7,538.45 |
| 07/14/2017 | 1022 | POD CHECK | $1,200.00 | | $6,338.45 |
| 07/14/2017 | 1021 | CHECK CASHED | $400.00 | | $5,938.45 |
| 07/14/2017 | 1020 | POD CHECK | $200.00 | | $5,738.45 |
| 07/19/2017 | | DEPOSIT | | $2,531.59 | $8,270.04 |
| 07/19/2017 | | DEPOSIT | | $300.00 | $8,570.04 |
| 07/19/2017 | 1019 | CHECK | $239.96 | | $8,330.08 |
| 07/21/2017 | 1014 | CHECK | $687.54 | | $7,642.54 |
| 07/21/2017 | 1027 | CHECK CASHED | $400.00 | | $7,242.54 |
| 07/21/2017 | 1028 | POD CHECK | $200.00 | | $7,042.54 |
| 07/24/2017 | | DEPOSIT | | $1,255.00 | $8,297.54 |
| 07/24/2017 | 1029 | CHECK | $1,000.00 | | $7,297.54 |
| 07/24/2017 | 1024 | CHECK | $325.00 | | $6,972.54 |

| Date | Check # | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 07/28/2017 | 1032 | CHECK CASHED | | $400.00 | $6,572.54 |
| 07/28/2017 | 1030 | POD CHECK | | $200.00 | $6,372.54 |
| 07/31/2017 | | DEPOSIT | | $1,419.59 | $7,792.13 |

*852.34 (handwritten)*

*deposits b/ 7/17 (handwritten)*

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 98 | 7/3/2017 | $350.00 | | | | | | |
| 99 | 7/10/2017 | $400.00 | | | | | | |
| 100 | 6/23/2017 | $14,948.00 | | | | | | |
| 1001 | 6/15/2017 | $350.00 | | | | | | |
| 1002 | 6/15/2017 | $200.00 | | | | | | |
| 1003 | 6/20/2017 | $400.00 | | | | | | |
| 1004 | 7/3/2017 | $200.00 | | | | | | |
| 1005 | 6/26/2017 | $115.00 | | | | | | |
| 1006 | 6/23/2017 | $200.00 | | | | | | |
| 1007 | 6/23/2017 | $400.00 | | | | | | |
| 1008 | 6/28/2017 | $200.00 | | | | | | |
| 1010 | 6/30/2017 | $200.00 | | | | | | |
| 1011 | 6/30/2017 | $400.00 | | | | | | |
| 1012 | 6/30/2017 | $2,200.00 | | | | | | |
| 1013 | 7/3/2017 | $150.00 | | | | | | |
| 1014 | 7/21/2017 | $687.54 | | | | | | |
| 1015 | 7/7/2017 | $200.00 | | | | | | |
| 1016 | 7/7/2017 | $400.00 | | | | | | |
| 1018 | 7/11/2017 | $380.21 | | | | | | |
| 1019 | 7/19/2017 | $239.96 | | | | | | |
| 1020 | 7/14/2017 | $200.00 | | | | | | |
| 1021 | 7/14/2017 | $400.00 | | | | | | |
| 1022 | 7/14/2017 | $1,200.00 | | | | | | |
| 1024 | 7/24/2017 | $325.00 | | | | | | |
| 1027 | 7/21/2017 | $400.00 | | | | | | |
| 1028 | 7/21/2017 | $200.00 | | | | | | |
| 1029 | 7/24/2017 | $1,000.00 | | | | | | |
| 1030 | 7/28/2017 | $200.00 | | | | | | |
| 1032 | 7/28/2017 | $400.00 | | | | | | |



**1016** — DATE July 7, 2017 — TO Keith Elijah Thompson — FOR Services — THIS CHECK 400.00

**1017** — DATE July 7, 2017 — TO Staples — FOR Office Supplies — THIS CHECK 380.21

**1018** KE) — Staples — 380.21

**1019** — DATE July 15, 2017 — TO Keith Elijah Thompson — FOR Reimbursement for Phone Office Equipment STAPLES — THIS CHECK 239.9

**1020** — DATE July 14, 2017 — TO Jeanette Y. Brown — FOR Services — THIS CHECK 200

**1021** — DATE July 14, 2017 — TO Keith Elijah Thompson — FOR Services — THIS CHECK 400

ACC# 4107