ARLENE GORDOD-OLIVER & ASSOCIATES, PLLC
Attorneys for the Debtor
199 Main Street
White Plains, New York 10601
(914) 683-9750

Arlene Gordon-Oliver, Esq. (5076)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                              Chapter 11
                                                    Case No. (17-11395)
Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc.

              Debtor.

Tax ID No.  11-2530146
-----------------------------------------------------------X

## VERIFICATION OF OPERATING STATEMENT FOR THE PERIOD
## August 1, 2017 THROUGH August 31, 2017

| | |
|---|---|
| DEBTOR'S ADDRESS: | Bronx Miracle Gospel Tabernacle World of Faith Ministries, Inc.<br>2910 Barnes Road<br>Bronx, NY 10467 |
| DEBTOR'S ATTORNEY: | ARLENE GORDON-OLIVER & ASSOCIATES, PLLC<br>199 Main Street<br>White Plains, New York 10601<br>(914) 381-7400 |

DISBURSEMENTS: $13,306.00

*NET OPERATING Income $1,878.00
*does not include bankruptcy professional fees of $5,141.00

The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: September 16, 2017         /s/ Keith Elijah Thompson
                                 Dr. Keith Elijah Thompson

Indicate if this is an amended statement by checking here.

AMENDED STATEMENT____

# Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Balance Sheet
### August 31, 2017

#### Assets

**Current assets:**

| | |
|---|---:|
| Cash | $ 7,347 |
| ***Due from TD Bank | 850 |
| | 8,197 |

**Long Term Assets:**

| | |
|---|---:|
| Building | 480,000 |
| Furniture & Fixtures | 74,775 |
| Automobile | 2,500 |
| | $ 557,275 |

**Other Assets:**

| | |
|---|---:|
| Land | 120,000 |
| **Total Assets** | **$ 685,472** |

#### Liabilities and Shareholder's Equity

**Liabilities Subject to Compromise:**

| | |
|---|---:|
| Unsecured Priority Claims - Pre-petition | 14,440 |
| Unsecured Non-Priority Claims - Pre-petition | 229,057 |
| Secured Claims - Pre-petition | 1,436,864 |
| **Total Liabilities** | **1,680,361** |

**Liabilities Not Subject to Compromise:**

| | |
|---|---:|
| Accounts Payable - Post Petition | 22,807 |

**Shareholder's Equity**

| | |
|---|---:|
| Capital Stock | $ - |
| Retained Earnings (Deficit) | (1,017,696) |
| **Total Shareholder's Equity** | **(1,017,696)** |
| **Total Liabilities & Shareholder's Equity** | **$ 685,472** |

** Check # 1033 was a fraudulent check. Bank caught error & closed DIP account on 8/15/17

These numbers have not been audited or reviewed and are subject to change

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Unsecured Priority Claims (Pre-Petition)
## As of August 31, 2017

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| NYC Department of Building | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| NYC Department of Finance | 0.00 | 0.00 | 0.00 | 0.00 | 12,939.61 | 12,939.61 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 14,439.61 | 14,439.61 |

**These numbers have not been audited or reviewed and are subject to change**

**Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc**
**Unsecured Non-Priority Claims (Pre-Petition)**
**As of August 31, 2017**

|  | Current | 1-30 | 31-60 | 61-90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Clair & Gjertson | 0.00 | 0.00 | 0.00 | 0.00 | 6,000.00 | 6,000.00 |
| Con Edison | 0.00 | 0.00 | 0.00 | 0.00 | 1,839.00 | 1,839.00 |
| Erold O. Williams | 0.00 | 0.00 | 0.00 | 0.00 | 50,000.00 | 50,000.00 |
| Franklyn Robinson | 0.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 7,500.00 |
| William Wright | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| Carolyn Skinner | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Cynthia Williams | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| Herim Young | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Jeanette Brown | 0.00 | 0.00 | 0.00 | 0.00 | 27,000.00 | 27,000.00 |
| Maxine Rose Hall | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Princess Dubidad | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 10,000.00 |
| Optimum | 0.00 | 0.00 | 0.00 | 0.00 | 955.59 | 955.59 |
| Pastor Keith Elijah Thompson | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | 30,000.00 |
| T-Mobile | 0.00 | 0.00 | 0.00 | 0.00 | 762.06 | 762.06 |
| **TOTAL** | **0.00** | **0.00** | **0.00** | **0.00** | **229,056.65** | **229,056.65** |

**These numbers have not been audited or reviewed and are subject to change**

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Secured Claims (Pre-Petition)
## As of August 31, 2017

|                   | Current | 1 - 30 | 31 - 60      | 61 - 90 | > 90 | TOTAL        |
|-------------------|---------|--------|--------------|---------|------|--------------|
| Nowell Funding LLC | 0.00    |        | 1,436,864.00 | 0.00    | 0.00 | 1,436,864.00 |
|                   | 0.00    | 0.00   | 0.00         | 0.00    | 0.00 | 0.00         |
| TOTAL             | 0.00    | 0.00   | 1,436,864.00 | 0.00    | 0.00 | 1,436,864.00 |

These numbers have not been audited or reviewed and are subject to change

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Accounts Payable - Post Petition
## As of August 31, 2017

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Arlene Gordon Oliver & Associates, PLLC | 5,141.00 | 8,298.35 | 9,118.00 | 0.00 | 0.00 | 22,557.35 |
| U.S Trustees | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| **TOTAL** | **5,141.00** | **8,548.35** | **9,118.00** | **0.00** | **0.00** | **22,807.35** |

**These numbers have not been audited or reviewed and are subject to change**

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
### Statement of Loss
### For the Period August 1, 2017 THROUGH August 31, 2017

| | |
|---|---:|
| **Tithes/Offerings** | $ 11,207 |
| Other Income | - |
| **Total Income** | 11,207 |
| | |
| **Operating expenses (see schedule)** | 14,470 |
| **Net Loss** | $ (3,263) |

**These numbers have not been audited or reviewed and are subject to change**

## Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc
## Schedule of Operating Expenses
### For the Period August 1, 2017 THROUGH August 31, 2017

**Operating expenses:**

| | | |
|---|---|---|
| Automobile | $ | 892 |
| Bank charges | | 0 |
| Cable/Internet | | 593 |
| Church Event | | - |
| Consulting | | - |
| Insurance | | 688 |
| Housing expense | | 3,400 |
| Professional fees | | - |
|   Legal | | 5,141 |
|   Accounting | | - |
|   US Trustees fees | | - |
| Musician expense | | - |
| Office supplies | | (380) |
| Storage | | 731 |
| Services/Stipens | | 2,600 |
| Telephone | | 397 |
| Utilities | | 1,300 |
| | | 14,470 |
| **\* Bankruptcy related** | | |
|   Legal fees accrued | | 5,141 |
|   Postage/photo copies | | - |
|   Accounting/consulting fees | | - |
|   U.S Trustees fees | | - |
| **Total** | | **5,141** |

These numbers have not been audited or reviewed and are subject to change

**Bronx Miracle Gospel Tabernacle Word of Faith Ministries Inc**
**Summary of Debtor in Possession Operating Accounts**
**Cash Receipts and Disbursements**
For the Period August 1, 2017 THROUGH August 31, 2017

**Headless Horseman Entities, Inc**

**Bank Name: TD Bank**
Account Name: Checking
Account Number: 434-2874107
Account Number: 434-1406571 - NEW Account opened on 8-17-17

| | | |
|---|---|---:|
| **Receipts for the period of 8/1/17 - 8/31/17** | | |
| Beginning Balance, August 1, 2017 | $ | 9,447 |
| Deposits from church services | | 11,207 |
| Miscellaneous payments | | - |
| **Total Cash Receipts** | | 11,207 |
| **Total Cash Receipts available** | $ | 20,654 |
| **Disbursements for the Period:** | | |
| Payments for General & Administration | | 13,306 |
| **Total cash disbursements** | $ | 13,306 |
| Balance per bank, August 31, 2017 | $ | 7,348 |

These numbers have not been audited or reviewed and are subject to change

12:04 PM
09/16/17

# Bronx Miracle Gospel Tabernacle Inc
## Reconciliation Detail
### TD- 6571, Period Ending 08/31/2017

*New Account*

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Check | 8/1/2017 | 1206 | Bronx Resource Co... | X | -850.00 | -850.00 |
| Check | 8/1/2017 | Debit | Optimum | X | -593.49 | -1,443.49 |
| Check | 8/1/2017 | 1207 | Bronx Resource Co... | X | -450.00 | -1,893.49 |
| Check | 8/1/2017 | EFT | Westlake Financial ... | X | -445.87 | -2,339.36 |
| Check | 8/1/2017 | EFT | Westlake Financial ... | X | -445.86 | -2,785.22 |
| Check | 8/1/2017 | 1204 | Keith Elijah Thomps... | X | -400.00 | -3,185.22 |
| Check | 8/1/2017 | 98 | Keith Elijah Thomps... | X | -400.00 | -3,585.22 |
| Check | 8/1/2017 | 99 | Keith Elijah Thomps... | X | -200.00 | -3,785.22 |
| Check | 8/1/2017 | 1205 | Jeanette Brown | X | -200.00 | -3,985.22 |
| Check | 8/31/2017 | 1208 | Jeanette Brown | X | -200.00 | -4,185.22 |
| **Total Checks and Payments** | | | | | -4,185.22 | -4,185.22 |
| **Deposits and Credits - 3 items** | | | | | | |
| Check | 8/1/2017 | | | X | | 0.00 |
| Transfer | 8/17/2017 | debit | | X | 4,503.07 | 4,503.07 |
| Deposit | 8/31/2017 | | | X | 7,030.37 | 11,533.44 |
| **Total Deposits and Credits** | | | | | 11,533.44 | 11,533.44 |
| **Total Cleared Transactions** | | | | | 7,348.22 | 7,348.22 |
| **Cleared Balance** | | | | | 7,348.22 | 7,348.22 |
| **Register Balance as of 08/31/2017** | | | | | 7,348.22 | 7,348.22 |
| **Ending Balance** | | | | | 7,348.22 | 7,348.22 |

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

1702-MTD0104009011712369

BRONX MIRACLE GOSPEL TABERNACLE
DEBTOR IN POSSESSION
DIP 17-11395-SMB
2910 BARNES AVE
BRONX NY 10467

Page: 1 of 3
Statement Period: Aug 17 2017-Aug 31 2017
Cust Ref #: T-###
Primary Account #: 6571

## Chapter 11 Checking

BRONX MIRACLE GOSPEL TABERNACLE
DEBTOR IN POSSESSION
DIP 17-11395-SMB

*New Account*

Account #  6571

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 4,690.65 |
| Deposits | 11,533.44 | Interest Earned This Period | 0.00 |
| Checks Paid | 2,700.00 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,485.22 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 7,348.22 | Days in Period | 15 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

*(handwritten: 4503.07 + deposits)*

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | DEPOSIT | 4,913.07 |
| 08/22 | DEPOSIT | 957.00 |
| 08/23 | DEPOSIT | 250.00 |
| 08/25 | DEPOSIT | 300.00 |
| 08/29 | DEPOSIT | 3,846.37 |
| 08/29 | DEPOSIT | 67.00 |
| 08/30 | DEPOSIT | 1,200.00 |
| | Subtotal: | 11,533.44 |

**Checks Paid**  No. Checks: 7    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/23 | 98 | 400.00 | 08/29 | 1206 | 850.00 |
| 08/22 | 99 | 200.00 | 08/30 | 1207 | 450.00 |
| 08/25 | 1204* | 400.00 | 08/31 | 1208 | 200.00 |
| 08/25 | 1205 | 200.00 | | | |
| | | | | Subtotal: | 2,700.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | ELECTRONIC PMT-TEL, WESTLAKE FIN 323 WESTLKCSR ****00858272897 | 445.87 |
| 08/21 | ELECTRONIC PMT-TEL, WESTLAKE FIN 323 WESTLKCSR ****00858272909 | 445.86 |
| 08/28 | CCD DEBIT, OPTIMUM07837 TELE PMT04 ****754489602 | 593.49 |
| | Subtotal: | 1,485.22 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BRONX MIRACLE GOSPEL TABERNACLE
DEBTOR IN POSSESSION
DIP 17-11395-SMB

Page: 3 of 3
Statement Period: Aug 17 2017-Aug 31 2017
Cust Ref #: 4341          T-###
Primary Account #:           3571

## DAILY BALANCE SUMMARY

| DATE  | BALANCE  | DATE  | BALANCE  |
|-------|----------|-------|----------|
| 08/17 | 0.00     | 08/25 | 4,328.34 |
| 08/17 | 4,913.07 | 08/28 | 3,734.85 |
| 08/21 | 4,021.34 | 08/29 | 6,798.22 |
| 08/22 | 4,778.34 | 08/30 | 7,548.22 |
| 08/23 | 4,628.34 | 08/31 | 7,348.22 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

### 0098
- DATE: August 18, 2017
- TO: Keith Elijah Thompson
- FOR: Weekly Services Weekly Allowance
- THIS CHECK: 400

### 0099
- DATE: August 18, 2017
- TO: Keith Elijah Thompson
- FOR: Weekly Services Jeanette Y Brown
- THIS CHECK: 200 00

### 0100
- DATE:
- TO:
- FOR:

### 1201
- DATE: August 18, 2017
- TO: Westlake Financial Services
- FOR: Auto Allowance for July Act. 7654 Conf#241663622
- THIS CHECK: 445 86

### 1202
- DATE: August 18, 2017
- TO: Westlake Financial Services
- FOR: Auto Allowance for August acct. 7654 conf# 241663431
- THIS CHECK: 445 8

### 1203
- DATE: August 24, 2017
- TO: Optimum
- FOR: Phone-Cable Payment
- THIS CHECK: 593 4

TD BANK ... 6571

**1204**
DATE August 25, 2017
TO Keith Elijah Thompson
FOR Weekly Allowance
THIS CHECK 400 00

**1205**
DATE August 25, 2017
TO Jeanette Y. Brown
FOR Weekly Allowance
THIS CHECK 200 00

**1206**
DATE August 25, 2017
TO Bronx Resource Community Center
FOR Con Edison
30 1199 1275 0003 7
THIS CHECK 850 00

**1207**
DATE 8/27/2017
TO Bronx Resource Community Center
FOR Con Edison
3011991275 0037
THIS CHECK 450 00

**1208**
DATE
TO Jeanette Brown
FOR
THIS CHECK 200

**1209**
DATE
TO
FOR

TD Bank ... 6571

1:21 PM
09/01/17

# Bronx Miracle Gospel Tabernacle Inc
## Reconciliation Detail
### Cash - TD Bank (D.I.P), Period Ending 08/31/2017

*Old Account*

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 7,792.13 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 12 Items** | | | | | | |
| Check | 7/31/2017 | 1033 | "Fraudulent check" | X | -850.00 | -850.00 |
| Check | 7/31/2017 | 1031 | Bernard Richardson | X | -200.00 | -1,050.00 |
| Check | 8/1/2017 | 1035 | Keith Elijah Thomps... | X | -2,200.00 | -3,250.00 |
| Check | 8/1/2017 | 1042 | Jeanette Brown | X | -1,200.00 | -4,450.00 |
| Check | 8/1/2017 | 1044 | | X | -731.40 | -5,181.40 |
| General Journal | 8/1/2017 | 5RRRR | Extra Space Storage | X | -731.40 | -5,912.80 |
| Check | 8/1/2017 | 1034 | The Premis Compa... | X | -687.54 | -6,600.34 |
| Check | 8/1/2017 | 1039 | Keith Elijah Thomps... | X | -400.00 | -7,000.34 |
| Check | 8/1/2017 | 1041 | Keith Elijah Thomps... | X | -400.00 | -7,400.34 |
| Check | 8/1/2017 | Debit | T-Mobile | X | -397.12 | -7,797.46 |
| Check | 8/1/2017 | 1038 | Jeanette Brown | X | -200.00 | -7,997.46 |
| Check | 8/1/2017 | 1040 | Jeanette Brown | X | -200.00 | -8,197.46 |
| **Total Checks and Payments** | | | | | -8,197.46 | -8,197.46 |
| **Deposits and Credits - 5 Items** | | | | | | |
| Check | 8/1/2017 | 1043 | Extra Space Storage | X | 0.00 | 0.00 |
| Check | 8/1/2017 | 1036 | | X | | 0.00 |
| Check | 8/1/2017 | 1037 | | X | 0.00 | 0.00 |
| Deposit | 8/1/2017 | | | X | 4,177.00 | 4,177.00 |
| General Journal | 9/1/2017 | 5RRR... | Extra Space Storage | X | 731.40 | 4,908.40 |
| **Total Deposits and Credits** | | | | | 4,908.40 | 4,908.40 |
| **Total Cleared Transactions** | | | | | -3,289.06 | -3,289.06 |
| **Cleared Balance** | | | | | -3,289.06 | 4,503.07 |
| **Register Balance as of 08/31/2017** | | | | | -3,289.06 | 4,503.07 |
| **Ending Balance** | | | | | -3,289.06 | 4,503.07 |

12:00 PM
09/18/17

# Bronx Miracle Gospel Tabernacle Inc
## Reconciliation Detail
### Cash - TD Bank (D.I.P), Period Ending 09/30/2017

*Old Account*

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 4,503.07 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 1 Item | | | | | | |
| Transfer | 8/17/2017 | debit | | X | -4,503.07 | -4,503.07 |
| Total Checks and Payments | | | | | -4,503.07 | -4,503.07 |
| Total Cleared Transactions | | | | | -4,503.07 | -4,503.07 |
| **Cleared Balance** | | | | | -4,503.07 | 0.00 |
| **Register Balance as of 09/30/2017** | | | | | -4,503.07 | 0.00 |
| **Ending Balance** | | | | | -4,503.07 | 0.00 |

Page 1