```
```

ARLENE GORDON-OLIVER & ASSOICATES, PLLC
Proposed Attorneys for the Debtor
199 Main Street, Suite 203
White Plains, New York 10601
Telephone 914-683-9750

Arlene Gordon-Oliver, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
In re:

BRONX MIRACLE GOSPEL TABERNACLE WORD           Case No. 17-11395(SMB)
OF FAITH MINISTRIES, INC. F/K/A
BRONX MIRACLE GOSPEL TABERNACLE, INC.
                                    Debtor.
----------------------------------------------------------------------X

**APPLICATION IN SUPPORT OF ORDER
AUTHORIZING AND APPROVING RETENTION OF ACCOUNTANT
BY DEBTOR-IN-POSSESSION NUNC PRO TUNC AS OF AUGUST 31, 2017**

**TO THE HONORABLE STUART M. BERNSTEIN,
UNITED STATES BANKRUPTCY JUDGE:**

The application of the above-captioned debtor and debtor-in-possession (the "Debtor"), by Rev. Dr. Keith Elijah Thompson, the President of the Debtor, respectfully shows and alleges:

1. On May 22, 2017 (the "Filing Date"), the Debtor filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code (the "Code").

2. Thereafter the instant proceeding was referred to Your Honor for administration under the Code.

3. The Debtor has continued in possession of its property and the management of its business affairs as a Debtor-in-Possession pursuant to §§1107 and 1108 of the Code.

4. No trustee, examiner or creditors' committee has been appointed in this proceeding.

5. The Debtor operates a church and the building which houses its Church located at

2910 Barnes Building with an address at 2909 Mathews Avenue (collectively, the "Church Property") which it purchased in 2008.

6. The Debtor has continues in possession of its business and management of its property pursuant to §§1107 and 1108 of the Bankruptcy Code.

7. No Trustee, examiner or Creditors' Committee has been appointed in this proceeding.

8. The Debtor desires to retain the firm of Colasanti & Iurato, LLC, Certified Public Accountants ( "Accountant"), nunc pro tunc   August 31, 2017 such services as are set forth in the affidavit of Glen Iuarato, CPA.

9. Said Accountant has the necessary skills to perform services for the Debtor in proceedings of this kind and are familiar with this particular Debtor as well as the industry in which it operates.

10. Applicant feels that Accountant is qualified to perform said services which are necessarily required by and for the Debtor–in-Possession.

11. Applicant is desirous of retaining Accountant to perform said services, which are necessary to the operation and continued activities of the Debtor, and feels that the amounts requested by Accountant as compensation for the services to be rendered by it is fair and reasonable.

12. To the best of applicant's knowledge, information and belief, Accountant is a disinterested person within the meaning of 11 U.S.C. Section 101(14).

13. To the best of applicants' knowledge, information and belief, Accountant is a not a pre-petition creditor of the Debtor.  Accountant, upon information and belief, hold no interests adverse to the Debtor's estate. It is essential that Accountant be retained perform the essential

accounting services that are required by a debtor-in-possession.  Accountant is most qualified to expeditiously handle the Debtor's Chapter 11 proceeding.

**WHEREFORE**, Accountant prays for the entry of the pre-fixed Order and for such other and further relief as this Court may deem just and proper.

Dated:  White Plains, New York
September 19, 2017

                                      Bronx Miracle Gospel Tabernacle Word of Faith Ministries

                                      *Rev. Dr. Keith Elijah Thompson*
                                          Rev. Dr. Keith Elijah Thompson

**PROPOSED ORDER**